United States Bankruptcy Court
Western District of Washington

In re:  Case No. 24-10218-CMA
Melanie A Smith  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2      User: admin      Page 1 of 2
Date Rcvd: Mar 19, 2024      Form ID: ntcclm      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melanie A Smith, 3057 42nd Ave W, Seattle, WA 98199-2421 |
| 957251337 | + | Employment Security Department, Washington State, P.O. Box 9045, Olympia, Washington 98507-9045 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMPKLEIN.COM | Mar 20 2024 03:13:00 | Michael P Klein, Michael P. Klein, Attorney at Law, 330 Madison Ave S Suite 105, Bainbridge Island, WA 98110-3089 |
| smg | | EDI: WADEPREV.COM | Mar 20 2024 03:13:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957251335 | | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | Mar 19 2024 23:23:00 | Quality Loan Service Corp., 108 1st Ave South STE 450, Seattle, WA 98104 |
| 957251334 | | Email/Text: bkteam@selenefinance.com | Mar 19 2024 23:23:00 | Selene Finance, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 957251338 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 19 2024 23:23:00 | Specialized Loan Servicing, 6200 S. Quebec St, STE 300, Greenwood Village, CO 80111-4720 |
| 957251336 | + | Email/Text: bkteam@selenefinance.com | Mar 19 2024 23:23:00 | Wilmington Savings Fund Society FSB,, d/b/a Christiana Trust as Trustee for Pr, Selene Finance, LP, 9990 Richmond Ave STE 400 South, Houston, TX 77042-4546 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lance E Olsen | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  lolsen@ecf.courtdrive.com |
| Michael P Klein | trusteeklein@hotmail.com  kleinlaw133@hotmail.com,mklein@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

Form ntcclm (01/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Melanie A Smith
SSN: xxx−xx−7772
aka M A Smith, aka M Smith

SSN:

Debtor(s).

Case Number: 24−10218−CMA
Chapter: 7

---

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS
## AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Michael P Klein**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **June 21, 2024.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

## ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
## ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: March 19, 2024

Gina Zadra Walton
Clerk of the Bankruptcy Court